JACOB H. WEISZ, Appellant, v. R. M. K. REALTY CORP. et al., Respondents.— Order dismissing plaintiff's complaint on the ground that it fails to state facts sufficient to constitute a cause of action, pursuant to rule 106 of the Rules of Civil Practice, affirmed, with $10 costs and disbursements, and without prejudice

to the prosecution in the proper court of an action at law for the recovery of the $200 deposit. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.